## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THOMAS THOMAS**                                                            **PLAINTIFF**

**v.**                                   **CASE NO. 4:18-CV-00390 BSM**

**HUMPHREY, et al.**                                                        **DEFENDANTS**

### ORDER

The proposed findings and recommendations submitted by United States Magistrate

Judge Jerome T. Kearney [Doc. No. 4] have been reviewed. No objections have been filed.

After careful review of the record, the recommended disposition is adopted in its entirety,

and the case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE